UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL D. MILAM,

    Plaintiff,

v.

PIERCE COUNTY *et al.*,

    Defendants.

Case No. C05-5842FDB

ORDER ACCEPTING PLAINTIFF'S ADDITIONAL FACTS AS A SUPPLEMENT TO THE AMENDED COMPLAINT AND DIRECTING PLAINTIFF TO PROVIDE SERVICE FORMS

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has applied for and received *in forma pauperis* status. (Dkt. # 7).

    This action was first filed in late December of 2005. In January of 2006 plaintiff was granted *in forma pauperis* status. (Dkt. # 7). The original complaint is not a model of clarity and it appeared to the court plaintiff was attacking an ongoing criminal prosecution. Plaintiff complained of a warrant allegedly issued by the Pierce County Prosecutors Office. (Dkt. # 8). He did not explain what the warrant was for or how the warrant affected him. The court liberally construes a pro se pleading but cannot supply facts to a complaint. <u>Pena v. Gardner</u>, 976 F.2d 469 (9th Cir. 1992).

ORDER
Page - 1

1  The court entered an order to show cause. (Dkt. # 11). In response plaintiff filed an
2  amended complaint. (Dkt. # 13). In the amended complaint plaintiff indicates he was offered some
3  kind of settlement by Pierce County and again mentions a "warrant". Plaintiff provided no details.
4  The court could not determine if he has stated a claim and the complaint should be served, or if he
5  was challenging an on going criminal prosecution. The court ordered plaintiff to file a second
6  amended complaint. (Dkt. # 14).

7  Plaintiff then filed a document he titles "Fact Findings To Original Complaint." (Dkt. # 19).
8  Plaintiff explains that he is serving a 60 month sentence for crimes unrelated to this action. (Dkt. #
9  19). He alleges he was initially sent to McNeil Island minimum camp restricted area. Plaintiff alleges
10  he arrived at McNeil Island November 10th, 2004. Plaintiff claims two named individuals from the
11  Pierce County Prosecutors Office, Colby Richards and Susan Lay, caused a felony detainer to be
12  filed with the Washington State Department of Corrections for a fourth degree assault, domestic
13  violence charge.

14  Plaintiff alleges that as a result of that detainer he lost his minimum status and was moved to
15  another facility. He alleges that for 11 and ½ months he has suffered because of the more restrictive
16  environment. Plaintiff alleges that fourth degree assault is a misdemeanor, and that a felony detainer
17  should not have been filed.

18  At first glance the complaint fails to state a claim because it is well established that an inmate
19  has no right to any particular level of custody or any particular prison. Olim v. Wakinekona, 461
20  U.S. 238 (1983); Meachum v. Fano, 427 U.S. 215 (1976); Hewitt v. Helms, 459 U.S. 460 (1983).
21  [However plaintiff has an arguable due process interest in having the correct information in his file.]

22  Between the amended complaint, (Dkt. # 13) and the additional facts alleged in plaintiff's
23  "Fact Finding" document, (Dkt. # 19), the court has the information needed to serve a viable
24  complaint against Richard Colby and Susan Lay.

25  The complaint in this action will consist of these two documents. The clerks office is
26  directed to send Mr. Milam two United States Marshal Service forms. Plaintiff will need to fill out
27  the forms, one for Richard Colby and one for Susan Lay, and return the forms to the court. The
28

ORDER
Page - 2

court will then make service copies of the amended complaint with the additional facts and order the Marshals service to attempt service by mail.

Plaintiff will have until **June 24th, 2006** to return the forms.  Failure to return the forms properly filled out will result in a recommendation that this action be dismissed for failure to prosecute

The clerk is directed to send a copy of this order to plaintiff with the two forms, and to note the **June 24th, 2006** due date on the court's calendar.

DATED this 30th day of May, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 3