UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL D. MILAM,

    Plaintiff,

v.

PIERCE COUNTY *et al.*,

    Defendants.

Case No.  C05-5842FDB

ORDER DENYING PLAINTIFF'S MOTION TO SET TRIAL

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Plaintiff has applied for and received *in forma pauperis* status. (Dkt. # 7).

    The court has just ordered this action served.  Plaintiff's motion asking to set a trial date is premature.  (Dkt. # 21).  The motion is **DENIED.**

    The clerk is directed to send a copy of this order to plaintiff and any defendant who has appeared remove docket number 21 from the court's calendar.

    DATED this 14th, day of July, 2006.

                                  */S/J. Kelley Arnold*
                                  J. Kelley Arnold
                                  United States Magistrate Judge

ORDER
Page - 1