UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL MILAM,

          Plaintiff,

     v.

PIERCE COUNTY *et al.*,

          Defendants.

Case No.  C05-5842 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Motion to Dismiss, [Dkt. # 31], the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Mr. Colby Richards motion to be dismissed from this action for failure to state a claim is **GRANTED.**

(3)    Plaintiff will have thirty (30) days from entry of this order to file a Second Amended Complaint that names a person as a defendant and states a cause of action.  Plaintiff is reminded that the court will need service copies and a filled out Marshals Service form for the newly named defendant.  If the documents are not received or the Second Amended Complain fails to state claim this action will be dismissed.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant, and to the Hon. J. Kelley Arnold .

DATED this 17th day of November, 2006

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1