UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL D. MILAM,

    Plaintiff,

v.

PIERCE COUNTY *et al.*,

    Defendants.

Case No.  C05-5842FDB

ORDER GRANTING PLAINTIFF UNTIL DECEMBER 18th, 2006 TO FILE AN AMENDED COMPLAINT

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Plaintiff has applied for and received *in forma pauperis* status. (Dkt. # 7).

    On October 18th, 2006 the court entered a Report and Recommendation.  The court recommended the action be dismissed as to the currently named defendants, but that Mr. Milam be given thirty days to file an amended complaint that states a claim (Dkt. # 32).  Mr. Milam has been given a prior chance to amend his complaint (Dkt. # 14).

    On November 1st, 2006 Mr. Milam filed a motion to modify or amend his complaint (Dkt. # 33).  This filing by Mr. Milam is not an amended complaint.  Instead, Mr. Milam simply states he wishes to proceed against "Susan Lay and the claim by Colby Richards" (Dkt. # 33).

ORDER
Page - 1

1   Sixteen days later, on November 17th, 2006, the District Court Judge adopted the Report and
2   Recommendation and gave plaintiff until December 18th, 2006 to file a proper amended complaint.
3   Plaintiff now has until **December 18th, 2006** to file an amended complaint that states a claim.
4   The clerk is directed to send a copy of this order to plaintiff, remove (Dkt. # 33) from the
5   court's calendar, and to note the **December 18th, 2006** due date.

7   DATED this 22nd, day of November, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge