UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL D. MILAM,<br><br>      Plaintiff,<br><br>    v.<br><br>SUSAN LAY,<br><br>      Defendant. | Case No.  C05-5842FDB<br><br>ORDER CHANGING THE CASE CAPTION AND DIRECTING PLAINTIFF TO PROVIDE SERVICE FORMS |

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Plaintiff was given the opportunity to file an amended complaint by the court.  (Dkt. # 34) He has done so and names Susan Lay as the sole defendant in this action (Dkt. # 37).  The clerks office is directed to **CHANGE THE CASE CAPTION** to reflect Susan Lay as the defendant.

    The order allowing amendment was clear and stated:

> Plaintiff is reminded that the court will need service copies and a filled out Marshals Service form for the newly named defendant.  If the documents are not received or the Second Amended Complaint fails to state a claim this action will be dismissed.

(Dkt. # 34).  The court has received an amended complaint, but no service copies and no United

ORDER
Page - 1

1  States Marshal's service forms.  As the complaint is only two pages long and there is only one named
2  defendant the court will supply the service copies.  Plaintiff will need to supply a filled out United
3  States Marshal's service form.  If the form is not returned to court completed on or before **January**
4  **19, 2007**, the court will again recommend this action be dismissed.

5      The clerk is directed send plaintiff one United States Marshal's service form and note the
6  **January 19, 2007** due date on the court's calendar.

8      DATED this 14 day of December, 2006.

                                */S/ J. Kelley Arnold*
                                J. Kelley Arnold
                                United States Magistrate Judge

ORDER
Page - 2