UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL MILAM,

        Plaintiff,

v.

PIERCE COUNTY *et al.*,

        Defendants.

Case No.  C05-5842FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

     The Magistrate Judge recommends dismissal of the cause of action against the remaining defendant, Susan Lay, a Washington State Department of Corrections records officer.  Plaintiff alleges that a Pierce County warrant for a misdemeanor was erroneously entered into the Washington State Criminal Information Center as a felony warrant, resulting in Susan Lay causing a detainer to be served upon Plaintiff, which caused him to be placed in a more secure environment than a camp setting.  The Magistrate Judge recommends dismissal because no facts are alleged showing that Defendant Lay violated any right or duty owed to the Defendant by serving him a copy of a detainer that other persons had entered into the system.  Moreover, Plaintiff did not respond to Defendant Lay's motion to dismiss.

     Subsequent to the Report and Recommendation being filed, Plaintiff filed a "Motion To Stay Pending Release 9-28-07."  Plaintiff states he is seeking representation by counsel and he also asserts

ORDER
Page - 1

1  that the memorandum of the detainer that Lay received referenced a charge of Assault in the Fourth
2  Degree that he asserts is "clearly a misdemeanor complaint." The Court construes this motion as
3  opposition to the Report and Recommendation.
4      Plaintiff has failed to demonstrate that the Report and Recommendation should be rejected
5  under the circumstances, and the Court will adopt it.
6      The Court, having reviewed the Motion to Dismiss, (Dkt. # 45), the Report and
7  Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and
8  recommendation, and the remaining record, does hereby find and ORDER:

9      (1)    The Court adopts the Report and Recommendation;

10     (2)    Susan Lay's motion to be dismissed from this action for failure to state a claim is **GRANTED.** This action is **DISMISSED WITH PREJUDICE.**

11
12     (3)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendant, and to the Hon. J. Kelley Arnold .

13 DATED this 11th day of June 2007.

                  FRANKLIN D. BURGESS
                  UNITED STATES DISTRICT JUDGE