# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL MILAM

JUDGMENT IN A CIVIL CASE

v.

PIERCE COUNTY *et al.*,

CASE NUMBER: C05-5842FDB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Susan Lay's motion to be dismissed from this action for failure to state a claim is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**.

| | |
|---|---|
| June 12, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |